IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIJAHWA CARTER, | § | |
| *Plaintiff,* | § § § | SA-26-CV-02164-XR |
| vs. | § § | |
| EQUIFAX INFORMATION SERVICES, LLC, | § § § | |
| *Defendant.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned granted Plaintiff's motion to proceed *in forma pauperis* and ordered service of Plaintiff's Complaint on Defendant. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 27th day of April, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE